Appeal, First Circuit, Parish of Terrebonne. 246 So.2d 391.

Not considered; filed too late.

■

247 So.2d 866

**J. Spencer BURKS**

v.

**Edwina E. WILLIAMS.**

**No. 51392.**

May 26, 1971.

In re: J. Spencer Burks, applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of West Baton Rouge. 246 So.2d 690.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

247 So.2d 866

**Freda W. HICKMAN, individually and on behalf of her minor son, David Michael Iles**

v.

**SOUTHERN PACIFIC TRANSPORT COMPANY and Robert Allen Fowler.**

**No. 51386.**

May 26, 1971.

In re: Freda W. Hickman, individually and on behalf of her minor son, David Michael Iles applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Beauregard. 245 So.2d 551.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.